# EXHIBIT A

3/26/2021 3:46 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 51886484
By: Cecilia Thayer
Filed: 3/26/2021 3:46 PM

Cause No. _____

| | | |
|---|---|---|
| David Dawson | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| BP Corporation North America, Inc. | § | |
| and BP Exploration and | § | |
| Production, Inc. | § | |
| | § | |
| *Defendants* | § | _____ JUDICIAL DISTRICT |

### **Plaintiff's Original Petition**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff David Dawson (hereinafter "Plaintiff") and complains of BP Corporation North America, Inc. and BP Exploration and Production, Inc. (hereinafter "Defendants") and would respectfully show unto this Court the following:

### I.

### **Jurisdiction**

1.  Plaintiff's claims against Defendants arise under the general maritime law. This Court has jurisdiction and venue is proper because Defendants do a substantial amount of business within the forum state and Defendants reside in this County and have their principal place of business in this County. TEX. CIV. PRAC. & REM. CODE § 15.002.

### II.

### **Parties**

2.  Plaintiff is a resident of Louisiana.

3.  Defendant BP Corporation North America, Inc. (hereinafter "BP Corporation") is a domestic corporation with its principal place of business in Houston, Texas. Defendant BP

Certified Document Number: 95021614 - Page 1 of 6

Corporation North America, Inc. may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

   4.  Defendant BP Exploration and Production, Inc. (hereinafter "BP Exploration and Production") is a domestic corporation with its principal place of business in Houston, Texas. Defendant BP Exploration and Production, Inc. may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

### III.

### Facts

   5.  On or about December 10, 2020, Plaintiff was employed as a scaffold by Apache Industrial Services and working aboard the *BP Thunderhorse* semi-submersible vessel, owned and/or operated by Defendants. Plaintiff suffered severe and debilitating injuries when he was walking on the deck of the platform and tripped over a turnbuckle that had been left on the deck. Upon information and belief, Defendants were responsible for maintaining the vessel's deck and keeping it free from unnecessary hazards. As he fell, Plaintiff tried to brace himself and fell on his wrist and knee. The walking working surface of the *BP Thunderhorse* was not maintained in a safe condition, and the turnbuckle on the walking surface was not marked, flagged, or otherwise identified to warn of the danger. Plaintiff sustained a laceration to his knee and injuries to his wrist as a result of the fall. Plaintiff reported his injuries and saw the medic aboard the *BP Thunderhorse*.

### IV.

### Causes of Action

**A.** ***Negligence and Gross Negligence (Against All Defendants)***

   6.  Plaintiff incorporates the facts and allegations contained above as if fully set

Certified Document Number: 95021614 - Page 2 of 6

forth herein.

7. Defendants are negligent and grossly negligent for the following reasons:

   a. failing to provide a walking working surface free from hazard;

   b. failing to properly mark or flag hazards present on the walking working surface.

   c. failing to train their employees;

   d. failing to inspect, maintain, and repair equipment;

   e. failing to maintain a safe work environment;

   f. failing to provide appropriate medical attention;

   g. failure to supervise the vessel operations;

   h. failing to warn Plaintiff of dangers hidden aboard the vessel;

   i. other acts deemed negligent and grossly negligent.

8. Plaintiff sustained severe injuries to his body, which resulted in physical pain, mental anguish, and other medical problems. Plaintiff has sustained severe pain, physical impairment, discomfort, mental anguish, and distress. In all reasonable probability, Plaintiff's physical pain, physical impairment and mental anguish will continue indefinitely. Plaintiff has also suffered a loss of earnings in the past, as well as a loss of future earning capacity. Plaintiff has incurred and will incur pharmaceutical and medical expenses in connection with his injuries.

9. Plaintiff is also entitled to punitive damages because the aforementioned actions of Defendants were grossly negligent. Defendants acted with flagrant and malicious disregard of Plaintiff's health and safety. Defendants were subjectively aware of the extreme risk posed

Certified Document Number: 95021614 - Page 3 of 6

by the conditions which caused Plaintiff's injury but did nothing to rectify them. Instead, Defendants had Plaintiff and other crew members continue working despite the dangerous conditions that were posed to them. Defendants did so knowing that the conditions posed dangerous and grave safety concerns. Defendants' acts and omissions involved an extreme degree of risk considering the probability and magnitude of potential harm to Plaintiff and others. Defendants had actual, subjective awareness of the risk, and consciously disregarded such risk by allowing Plaintiff to work under such dangerous conditions.

### B. *Unseaworthiness (Against All Defendants)*

10. Plaintiff hereby incorporates by reference the facts and allegations of the preceding paragraphs and the facts set forth herein.

11. At all relevant times Defendants owned and/or operated the *BP Thunderhorse*.

12. At all relevant times, the *BP Thunderhorse* was unseaworthy. Specifically, without limiting the reasons that the *BP Thunderhorse* was unseaworthy, the *BP Thunderhorse* was unseaworthy because Plaintiff did not have adequate equipment to perform his duties because the walking working surface was not maintained in a safe condition, and the turnbuckle on the walking working surface was not marked, flagged, or otherwise identified.

13. The unseaworthiness of the *BP Thunderhorse* was a direct cause of Plaintiff's injuries.

### V.

### Jury Trial

14. Plaintiff hereby requests a trial by jury on all claims and submits his jury fee herewith.

4

## VI.

### Prayer

15. Plaintiff prays that this citation issue and be served upon Defendants in a form and manner prescribed by law, requiring that the Defendants appear and answer, and that upon final hearing, Plaintiff has judgment against Defendants in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interests, all costs of Court, and all such other and further relief, to which Plaintiff show himself justly entitled including but not limited to:

a. Past and future medical care;

b. Past and future pain and suffering and mental anguish;

c. Past and future impairment;

d. Past and future disfigurement;

e. Pre and post judgment interest;

f. Cost of court;

g. Exemplary damages; and

h. Past and future loss of earning capacity.

Certified Document Number: 95021614 - Page 5 of 6

Respectfully submitted,

ARNOLD & ITKIN LLP

*/s/ Kurt Arnold*
Kurt Arnold
SBN: 24036150
karnold@arnolditkin.com
Caj Boatright
SBN: 24036237
cboatright@arnolditkin.com
Joseph McGowin
SBN: 24117268
jmcgowin@arnolditkin.com
Roland Christensen
SBN: 24101222
rchristensen@arnolditkin.com
Claire Traver
SBN: 24115871
ctraver@arnolditkin.com
6009 Memorial Drive
Houston, Texas 77002
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
*E-service@arnolditkin.com
**ATTORNEYS FOR PLAINTIFF**

Certified Document Number: 95021614 - Page 6 of 6



I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 28, 2021

Certified Document Number:        95021614 Total Pages:  6

*Marilyn Burgess*

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**